**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8485**

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

        v.

ANTWON E. WARD,

              Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jerome B. Friedman, District Judge.  (2:04-cr-00073-JBF-FBS-1)

Submitted: April 16, 2009          Decided:  April 24, 2009

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antwon E. Ward, Appellant Pro Se.  Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwon E. Ward appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) (2006) motion and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Ward, No. 2:04-cr-00073-JBF-FBS-1 (E.D. Va. Oct. 27, 2008). See United States v. Dunphy, 551 F.3d 247 (4th Cir. 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED